# Holland & Knight

31 West 52nd Street | New York, NY 10019 | T | F 212.385.9010
Holland & Knight LLP | www.hklaw.com

Robert J. Burns
+1 212-513-3490
Robert.Burns@hklaw.com

October 13, 2021

*Via ECF*

The Honorable Shelley C. Chapman
United States Bankruptcy Court for the Southern District of New York
One Bowling Green
New York, NY 10004-1408

Re:  *In re Platinum Partners Value Arbitrage Fund L.P. (in Official Liquidation), et al.*,
Case No. 16-12925 (Jointly Administered)
*Platinum Partners Value Arbitrage Fund L.P. v. Goldberg*
Adv. Proc. No. 18-01650
**Request for Status Update on Pending Summary Judgment Motions**

Dear Judge Chapman:

On behalf of the Joint Official Liquidators of Platinum Partners Value Arbitrage Fund L.P. ("PPVA"), debtors in foreign proceedings and plaintiff in the above-referenced adversary proceeding, we write to respectfully request an update on the status of the parties' pending motions for summary judgment.

The parties' respective summary judgment motions were fully briefed in May 2020. As such, the Joint Official Liquidators would appreciate a status update and scheduling oral arguments as the Court deems appropriate.

Respectfully submitted,

HOLLAND & KNIGHT LLP

/s Robert J. Burns

Robert J. Burns


cc:  All counsel of record (*via ECF*)


Anchorage | Atlanta | Austin | Boston | Charlotte | Chicago | Dallas | Denver | Fort Lauderdale | Houston | Jacksonville
Lakeland | Los Angeles | Miami | New York | Orlando | Philadelphia | Portland | San Francisco | Stamford | Tallahassee | Tampa
Tysons | Washington, D.C. | West Palm Beach

Bogotá | London | Mexico City
#151551447_v1