HOLLAND & KNIGHT LLP
Warren E. Gluck, Esq.
Robert J. Burns, Esq.
31 West 52nd Street
New York, New York 10019
Telephone: 212-513-3200
Facsimile:  212-385-9010

*Counsel for Liquidators of the Master Fund*

### IN THE UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>PLATINUM PARTNERS VALUE ARBITRAGE FUND L.P. (IN OFFICIAL LIQUIDATION), *et al*.<br><br>Debtors in Foreign Proceedings. | Chapter 15<br><br>Case No. 16-12925 (SCC)<br>(Jointly Administered) |
| PLATINUM PARTNERS VALUE ARBITRAGE FUND L.P.,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL M. GOLDBERG,<br><br>Defendant. | Adv. Pro. No. 18-01650 (SCC) |

### NOTICE OF ORAL ARGUMENT

**PLEASE TAKE NOTICE** that the Court has scheduled Oral Argument on the summary judgment motions filed by Platinum Partners Value Arbitrage Fund L.P. (Dkt. No. 19) and Michael M. Goldberg (Dkt. No. 30) for December 8, 2021 at 11:00 a.m.

Per instruction of the Court, the parties may register to participate in the oral argument through Court Solutions LLC at www.court-solutions.com.

Date:   New York, New York
        October 19, 2021

                HOLLAND & KNIGHT LLP

                By:  */s/ Robert J. Burns*
                Warren E. Gluck, Esq.
                Robert J. Burns, Esq.
                31 West 52nd Street
                New York, New York 10019
                Telephone:  (212) 513-3200
                Fax: (212) 385-9010
                *Email:* warren.gluck@hklaw.com
                            robert.burns@hklaw.com

*Counsel for Plaintiffs Martin Trott and Christopher Smith, as Joint Official Liquidators and Foreign Representatives of Platinum Partners Value Arbitrage Fund L.P. (in Official Liquidation), and for Platinum Partners Value Arbitrage Fund L.P. (in Official Liquidation)*