HOLLAND & KNIGHT LLP
Warren E. Gluck, Esq.
Robert J. Burns, Esq.
31 West 52nd Street
New York, New York 10019
Telephone: 212-513-3200
Facsimile:  212-385-9010

*Counsel for Liquidators of the Master Fund*

### IN THE UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>PLATINUM PARTNERS VALUE ARBITRAGE FUND L.P. (IN OFFICIAL LIQUIDATION), *et al*.<br><br>Debtors in Foreign Proceedings. | Chapter 15<br><br>Case No. 16-12925 (SCC)<br>(Jointly Administered) |
| PLATINUM PARTNERS VALUE ARBITRAGE FUND L.P.,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL M. GOLDBERG,<br><br>Defendant. | Adv. Pro. No. 18-01650 (SCC) |

### NOTICE OF STATUS CONFERENCE

**PLEASE TAKE NOTICE** that the Court has scheduled a status conference in this matter

for May 9, 2022 at 11:00 a.m. EST.

Per instruction of the Court, the parties may register to participate in the oral argument

through Court Solutions LLC at www.court-solutions.com.

Date:   New York, New York

May 2, 2022

HOLLAND & KNIGHT LLP

By:  */s/ Robert J. Burns*
Warren E. Gluck, Esq.
Robert J. Burns, Esq.
31 West 52nd Street
New York, New York 10019
Telephone:  (212) 513-3200
Fax: (212) 385-9010
*Email:* warren.gluck@hklaw.com
         robert.burns@hklaw.com

*Counsel for Plaintiffs Martin Trott and Christopher Smith, as Joint Official Liquidators and Foreign Representatives of Platinum Partners Value Arbitrage Fund L.P. (in Official Liquidation), and for Platinum Partners Value Arbitrage Fund L.P. (in Official Liquidation)*

2