# Holland & Knight

31 West 52nd Street | New York, NY 10019 | T | F 212.385.9010
Holland & Knight LLP | www.hklaw.com

Robert J. Burns
+1 212-513-3490
Robert.Burns@hklaw.com

February 1, 2023

*Via ECF and Email (JPM.chambers@nysb.uscourts.gov)*

The Honorable John P. Mastando III
United States Bankruptcy Court for the Southern District of New York
Courtroom 501
One Bowling Green
New York, NY 10004-1408

      Re:    *In re Platinum Partners Value Arbitrage Fund L.P. (in Official Liquidation), et al.*,
            Case No. 16-12925 (Jointly Administered)
            *Platinum Partners Value Arbitrage Fund L.P. v. Goldberg*
            Adv. Proc. No. 18-01650
            **Request for Status Conference**

Dear Judge Mastando:

      On behalf of the Joint Official Liquidators of Platinum Partners Value Arbitrage Fund L.P. ("PPVA"), debtors in foreign proceedings and plaintiff in the above-referenced adversary proceeding, we write to respectfully request a status conference in this matter..

      This action was reassigned to Your Honor in August 2022 upon the retirement of the Honorable Shelley C. Chapman. Prior to reassignment, the Court issued a Decision and Order granting PPVA's motion for summary judgment for turnover of the value of the warrant in dispute in this action and denying Defendant Michael Goldberg's ("Goldberg") cross-motion for summary judgment. *See* Dkt. No. 44. Goldberg then filed motions for reconsideration and interlocutory appeal, both of which were denied. *See* Dkt. Nos. 46-50, 51-57.

      The only issue that remains in this action is the scope of damages. *See* Dkt. No. 39 at 58:24 – 59:4. PPVA respectfully requests that Your Honor convene a status conference at the Court's earliest convenience to discuss the procedure for assessing damages.

Respectfully submitted,

HOLLAND & KNIGHT LLP

/s Robert J. Burns

Anchorage | Atlanta | Austin | Boston | Charlotte | Chicago | Dallas | Denver | Fort Lauderdale | Houston | Jacksonville
Lakeland | Los Angeles | Miami | New York | Orlando | Philadelphia | Portland | San Francisco | Stamford | Tallahassee | Tampa
Tysons | Washington, D.C. | West Palm Beach

Bogotá | London | Mexico City

February 1, 2023
Page 2

Robert J. Burns

cc:     All counsel of record (*via ECF and Email*)

#184367958_v1