HOLLAND & KNIGHT LLP
Warren E. Gluck, Esq.
Robert J. Burns, Esq.
31 West 52nd Street
New York, New York 10019
Telephone: 212-513-3200
Facsimile:  212-385-9010

*Counsel for Liquidators of the Master Fund*

**IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>PLATINUM PARTNERS VALUE ARBITRAGE FUND L.P. (IN OFFICIAL LIQUIDATION), *et al.*<br><br>Debtors in Foreign Proceedings. | Chapter 15<br><br>Case No. 16-12925 (SCC)<br>(Jointly Administered) |
| PLATINUM PARTNERS VALUE ARBITRAGE FUND L.P.,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL M. GOLDBERG,<br><br>Defendant. | Adv. Pro. No. 18-01650 (SCC) |

**NOTICE OF STATUS CONFERENCE**

**PLEASE TAKE NOTICE** that the Court has scheduled a remote status conference in this matter for March 2, 2023 at 11:00 a.m. EST.

Date:   New York, New York
        February 14, 2023

                                          HOLLAND & KNIGHT LLP

                                          By:  */s/ Robert J. Burns*
                                          Warren E. Gluck, Esq.

        Robert J. Burns, Esq.
        31 West 52nd Street
        New York, New York 10019
        Telephone:  (212) 513-3200
        Fax: (212) 385-9010
        *Email:* warren.gluck@hklaw.com
              robert.burns@hklaw.com

*Counsel for Plaintiffs Martin Trott and Christopher Smith, as Joint Official Liquidators and Foreign Representatives of Platinum Partners Value Arbitrage Fund L.P. (in Official Liquidation), and for Platinum Partners Value Arbitrage Fund L.P. (in Official Liquidation)*

#185133575_v1