UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
In re:

PLATINUM PARTNERS VALUE ARBITRAGE FUND L.P.
(IN OFFICIAL LIQUIDATION), et al.,

                              Debtors in Foreign Proceedings.
------------------------------------------------------------------------x
PLATINUM PARTNERS VALUE ARBITRAGE FUND L.P.,

                              Plaintiff,

      vs.

MICHAEL M. GOLDBERG,

                              Defendant.
------------------------------------------------------------------------x

Chapter 15
Case No. 16-12925 (JPM)
(Jointly Administered)

Adv. Pro. No. 18-01650 (JPM)

## **SCHEDULING ORDER**

The Parties, having appeared at a Status Conference (via Zoom) on March 2, 2023, at 11:00 a.m., agreed to the following schedule, as applicable from today's date, March 30, 2023:

1.    Defendant shall e-file any Reply Papers on its Motion for Modification by March 31, 2023, responding to the Opposition Papers that Plaintiff e-filed on March 17, 2023.

2.    Plaintiff shall serve by email any expert report(s) by May 5, 2023. Defendant shall serve by email any rebuttal expert report(s) by June 30, 2023.

3. Expert depositions shall be completed no later than September 30, 2023.

Dated:  New York, New York
      March 30, 2023

SO ORDERED.

/s/John P. Mastando III
HON. JOHN P. MASTANDO III
UNITED STATES BANKRUPTCY JUDGE