**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>PLATINUM PARTNERS VALUE ARBITRAGE FUND L.P. (IN OFFICIAL LIQUIDATION), *et al.*,<br><br>Debtors in Foreign Proceedings. | Chapter 15<br><br>Case No. 16-12925 (JPM)<br><br>(Jointly Administered) |
| PLATINUM PARTNERS VALUE ARBITRAGE FUND L.P.,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL M. GOLDBERG,<br><br>Defendant. | Adv. Pro. No. 18-01650 (JPM) |

**SCHEDULING ORDER**

IT IS HEREBY ORDERED that the following deadlines set forth in the Scheduling Order dated March 30, 2023 (Dkt. 68) be extended as follows:

1. The May 5, 2023 deadline for Plaintiff to serve any expert report(s) is extended to and through June 5, 2023;

2. The June 30, 2023 deadline for Defendant to serve any rebuttal expert report(s) is extended to and through July 31, 2023; and

3. The September 30, 2023 deadline to complete expert depositions is extended to and through October 30, 2023.

Dated: April 17, 2023

/s/John P. Mastando III
HON. JOHN P. MASTANDO III
UNITED STATES BANKRUPTCY JUDGE