# IN THE UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>PLATINUM PARTNERS VALUE ARBITRAGE FUND L.P. (IN OFFICIAL LIQUIDATION), *et al.*,<br><br>    Debtors in Foreign Proceedings. | Chapter 15<br><br>Case No. 16-12925 (JPM)<br><br>(Jointly Administered) |
| PLATINUM PARTNERS VALUE ARBITRAGE FUND L.P.,<br><br>    Plaintiff,<br><br>vs.<br><br>MICHAEL M. GOLDBERG,<br><br>    Defendant. | Adv. Pro. No. 18-01650 (JPM)<br><br>**SCHEDULING ORDER** |

IT IS HEREBY ORDERED that the following deadlines set forth in the Scheduling Order dated March 30, 2023 (Dkt. 68), as amended on April 17, 2023 (Dkt. 70) be extended as follows:

1. The June 5, 2023 deadline for Plaintiff to serve any expert report(s) is extended to and through June 12, 2023;

2. The July 31, 2023 deadline for Defendant to serve any rebuttal expert report(s) is extended to and through August 7, 2023

3. All other deadlines remain in place.

Dated: June 2, 2023

                                                HON. JOHN P. MASTANDO, III
                                                UNITED STATES BANKRUPTCY JUDGE