# IN THE UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: <br><br> PLATINUM PARTNERS VALUE ARBITRAGE FUND L.P. (IN OFFICIAL LIQUIDATION), *et al.*, <br><br> Debtors in Foreign Proceedings. | Chapter 15 <br><br> Case No. 16-12925 (JPM) <br><br> (Jointly Administered) |
| PLATINUM PARTNERS VALUE ARBITRAGE FUND L.P., <br><br> Plaintiff, <br><br> vs. <br><br> MICHAEL M. GOLDBERG, <br><br> Defendant. | Adv. Pro. No. 18-01650 (JPM) <br><br> **SCHEDULING ORDER** |

IT IS HEREBY ORDERED that the following deadlines set forth in the Scheduling Order dated March 30, 2023 (Dkt. 68), as amended on April 17, 2023 (Dkt. 70) be extended as follows:

1. The June 5, 2023 deadline for Plaintiff to serve any expert report(s) is extended to and through June 12, 2023;

2. The July 31, 2023 deadline for Defendant to serve any rebuttal expert report(s) is extended to and through August 7, 2023

3. All other deadlines remain in place.

Dated: June 13, 2023

/s/John P. Mastando III
HON. JOHN P. MASTANDO III
UNITED STATES BANKRUPTCY JUDGE