# IN THE UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PLATINUM PARTNERS VALUE ARBITRAGE FUND L.P. (IN OFFICIAL LIQUIDATION), *et al.*, | Chapter 15 |
| Debtors in Foreign Proceedings. | Case No. 16-12925 (JPM) |
| | (Jointly Administered) |
| PLATINUM PARTNERS VALUE ARBITRAGE FUND L.P., | |
| Plaintiff, | Adv. Pro. No. 18-01650 |
| -vs- | **STIPULATION AND PROPOSED ORDER** |
| MICHAEL M. GOLDBERG, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys for the parties, that the times for the parties as Ordered by the Court at the Conference on June 13, 2003, are hereby extended as follows:

1. Defendant's time to file a Motion to Compel is extended from July 7, 2023, to July 11, 2023.

2. Plaintiff's time to file Opposition Papers is extended from July 21, 2023, to July 25, 2023.

Dated:  July 4, 2023

LAW OFFICE OF MARK R. KOOK

By:_____
    Mark R. Kook (MK-6832)
1180 Avenue of the Americas, 8th Floor
New York, New York 10036
 (917) 673-9869-
Attorneys for Defendant

HOLLAND & KNIGHT LLP

By:_____
    Qian (Sheila) Shen
31 West 52nd Street
New York, New York  10019
 (212) 513-3200
Attorneys for Plaintiff

So-Ordered:

_____
Hon John P. Mastando III