IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PLATINUM PARTNERS VALUE ARBITRAGE FUND L.P. (IN OFFICIAL LIQUIDATION), *et al.*, | Chapter 15 |
| Debtors in Foreign Proceedings. | Case No. 16-12925 (JPM) |
| | (Jointly Administered) |
| PLATINUM PARTNERS VALUE ARBITRAGE FUND L.P., | |
| Plaintiff, | Adv. Pro. No. 18-01650 |
| -vs- | **STIPULATION AND PROPOSED ORDER** |
| MICHAEL M. GOLDBERG, | |
| Defendant. | |

-------------------------------------------------------------------

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys for the parties, that the times for the parties as Ordered by the Court at the Conference on June 13, 2003, and further modified by agreement of the parties and orders of the Court be further amended as follows:

1. Defendant's time to file an opposition to Defendant's Cross-Motion for a Protective Order to Compel is extended from August 25, 2023, through August 30, 2023.

2. Defendant's time to exchange his expert report is extended from August 21, 2023, through September 19, 2023.

Dated: August 15, 2023

| LAW OFFICE OF MARK R. KOOK | HOLLAND & KNIGHT LLP |
|---|---|
| By:_____/Mark R. Kook/_____ | By:_____/Qian (Sheila) Shen/_____ |
| Mark R. Kook | Qian (Sheila) Shen |
| 1180 Avenue of the Americas, 8th Floor | 31 West 52nd Street |
| New York, New York 10036 | New York, New York 10019 |
| (917) 673-9869- | (212) 513-3200 |
| Attorneys for Defendant | Attorneys for Plaintiff |

So-Ordered:

_____
Hon John P. Mastando III