HOLLAND & KNIGHT LLP
Warren E. Gluck, Esq.
Robert J. Burns, Esq.
Qian (Sheila) Shen
31 West 52nd Street
New York, New York 10019
Telephone: 212-513-3200
Facsimile:  212-385-9010

*Counsel for Liquidators of the Master Fund*

**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>PLATINUM PARTNERS VALUE ARBITRAGE FUND L.P. (IN OFFICIAL LIQUIDATION), *et al.*<br><br>Debtors in Foreign Proceedings. | Chapter 15<br><br>Case No. 16-12925 (JPM)<br>(Jointly Administered) |
| PLATINUM PARTNERS VALUE ARBITRAGE FUND L.P.,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL M. GOLDBERG,<br><br>Defendant. | Adv. Pro. No. 18-01650 (JPM) |

**NOTICE OF STATUS CONFERENCE**

**PLEASE TAKE NOTICE** that the Court has scheduled a hearing concerning Defendant's Motion to Compel (Dkt. No. 82) and Plaintiff's Cross-Motion for a Protective Order (Dkt. No. 89) in this matter for September 20, 2023 at 3:00 p.m. EST.

Date:  New York, New York
       September 11, 2023

          HOLLAND & KNIGHT LLP

          By:  /s/ Qian Shen
          Warren E. Gluck, Esq.
          Robert J. Burns, Esq.
          Qian (Sheila) Shen
          31 West 52nd Street
          New York, New York 10019
          Telephone:  (212) 513-3200
          Fax: (212) 385-9010
          *Email:* warren.gluck@hklaw.com
                   robert.burns@hklaw.com
                   qian.shen@hklaw.com

          *Counsel for Plaintiffs Martin Trott and Christopher Smith, as Joint Official Liquidators and Foreign Representatives of Platinum Partners Value Arbitrage Fund L.P. (in Official Liquidation), and for Platinum Partners Value Arbitrage Fund L.P. (in Official Liquidation)*