IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---

PLATINUM PARTNERS VALUE ARBITRAGE FUND L.P. | Chapter 15
(IN OFFICIAL LIQUIDATION), et al.,

Debtors in Foreign Proceedings. | Case No. 16-12925 (JPM)

---

| (Jointly Administered)

PLATINUM PARTNERS VALUE ARBITRAGE FUND L.P.,

Plaintiff,

| Adv. Pro. No. 18-01650

-vs-

MICHAEL M. GOLDBERG,

Defendant.

---

## NOTICE OF PRE-MOTION CONFERENCE

**PLEASE TAKE NOTICE** the Court has scheduled a remote pre-motion conference for Narch 12, 2024 at 11:00a.m.

Dated: March 5, 2024

LAW OFFICE OF MARK R. KOOK

By: ____/Mark R. Kook/_____
Mark R. Kook (6832)
1180 Avenue of the Americas, Floor 8
New York, NY 10038
Tel.: (917) 673-9869
Attorneys for Defendant

1

TO:  Quin Shen, Esq.
     Holland & Knight
     31 West 31st Street
     New York, NY 10019
     (212) 513-3200

     Attorneys for Plaintiff