# LAW OFFICE OF MARK R. KOOK

1180 Avenue of the Americas, Floor 8 • New York, NY 10036 • Tel. (212) 766-4100
mkook@kooklaw.com

April 4, 2024

**By E-File**
Hon. John P. Mastando III
United States Bankruptcy Judge
Southern District of New York
One Bowling Green – Courtroom 501
New York, NY 10004

Re:   Platinum Partners Value Arbitrage Fund L.P. v. Goldberg
      Adv. Pr. No. 18-01650

Dear Judge Mastando:

My firm represents Defendant Dr. Michael Goldberg.

At the Hearing yesterday, April 3, Your Honor set April 20, 2024, as the date for Plaintiff to take the deposition of Defendant. However, I did not realize that such is the last day of Passover. Consequently, Defendant, and I, are not available that date.

I told Ms. Shen yesterday afternoon when I realized my error, that Defendant would be available the next day, May 1, 2024. Ms. Shen advised that she would confirm with her partners. While her courtesy here is expected, I wanted to advise the Court as to this issue and assure that Your Honor has this information before any Order may be entered.

I thank Your Honor for your consideration of this letter.

Respectfully,

/Mark R. Kook

Cc:  Qian (Sheila) Shen, Esq.
     By E-file