HOLLAND & KNIGHT LLP
Warren E. Gluck, Esq.
Robert J. Burns, Esq.
Qian (Sheila) Shen
31 West 52nd Street
New York, New York 10019
Telephone: 212-513-3200
Facsimile:  212-385-9010

*Counsel for Liquidators of the Master Fund*

**IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>PLATINUM PARTNERS VALUE ARBITRAGE FUND L.P. (IN OFFICIAL LIQUIDATION), *et al*.<br><br>Debtors in Foreign Proceedings. | Chapter 15<br><br>Case No. 16-12925 (JPM)<br>(Jointly Administered) |
| PLATINUM PARTNERS VALUE ARBITRAGE FUND L.P.,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL M. GOLDBERG,<br><br>Defendant. | Adv. Pro. No. 18-01650 (JPM) |

**NOTICE OF HEARING**

**PLEASE TAKE NOTICE** that the Court has scheduled trial in this matter from November 19-22, 2024 beginning at 9:30 a.m. each day.

Date:  New York, New York
         April 16, 2024

                                                            HOLLAND & KNIGHT LLP

                                                            By:  */s/ Qian Shen*

Warren E. Gluck, Esq.
Robert J. Burns, Esq.
Qian (Sheila) Shen
31 West 52nd Street
New York, New York 10019
Telephone:  (212) 513-3200
Fax: (212) 385-9010
*Email:* warren.gluck@hklaw.com
robert.burns@hklaw.com
qian.shen@hklaw.com

*Counsel for Plaintiffs Martin Trott and Christopher Smith, as Joint Official Liquidators and Foreign Representatives of Platinum Partners Value Arbitrage Fund L.P. (in Official Liquidation), and for Platinum Partners Value Arbitrage Fund L.P. (in Official Liquidation)*

#501490041_v1